◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FERNANDO MATUTE, Appellant. [821 NYS2d 545]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Grosso, J.), imposed February 4, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Schmidt, Goldstein, Rivera and Lifson, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN SMITH, Appellant. [821 NYS2d 545]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Braslow, J.), imposed January 5, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Adams, J.P., Krausman, Spolzino and Lunn, JJ., concur.